UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>         Petitioner,<br><br>   v.<br><br>WARDEN J. GASTELO,<br><br>         Respondent. | No. CV 17-3218 R (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 23, 2017

---

MANUEL L. REAL
United States District Judge